UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:17-bk-10364-MGW
Chapter 7

Gaston Osle,

    Debtor(s).
_____/

**REPORT AND NOTICE OF INTENTION TO SELL**
**PROPERTY OF THE ESTATE AND NOTICE OF ABANDONMENT**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**Pursuant to local rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party-in-interest files a response within 21 days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. mail.**

**If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Christine L. Herendeen, at P.O. Box 152348, Tampa, FL 33684, and any other appropriate person(s) within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

**TO:** Creditors, Debtors and Parties in Interest

      Christine L. Herendeen, the Trustee duly appointed and acting for the above-captioned estate reports that she intends to sell and abandon the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

**PROPERTY OF THE ESTATE BEING SOLD**

1. Description of Property: Excess equity in 1992 Peter Built 378 with VIN No. 1XPFDB9X2ND318291 of $1,500.00; clothes of $50.00; Checking Account with Chase of $320.00

2. Terms of Sale:
   a. To: Debtor(s)

    b.  Sale Price: Total is $1,870.00 to be paid in full on or before December 14, 2018

    c.  All right, title, and interest of bankruptcy estate, if any.

    d.  Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Subject to Debtor(s) allowed claim of exemption.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

**NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within twenty-one (21) days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

## PROPERTY OF THE ESTATE BEING ABANDONED

PURSUANT TO 11 U.S.C. § 554 OF THE BANKRUPTCY CODE AND FED.R.BANKR.P. 6007, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING PROPERTY THAT IS BURDENSOME AND HAS NO EQUITY FOR THE BENEFIT OF THE CHAPTER 7 ESTATE:

1.   Scheduled real property:
2.   Scheduled personal property: 2000 Chevrolet Van; household goods (sofa, loveseat, coffee table, 2 end tables, bed, nightstand and dresser); TV; two (2) cats

Dated: December 18, 2018

    Respectfully submitted,

    /s/ Christine L. Herendeen
    Christine L. Herendeen, Trustee
    P.O. Box 152348
    Tampa, FL 33684
    (813) 438-3833

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:  GASTON OSLE | CASE NO: 8:17-bk-10364-MGW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 12/18/2018, I did cause a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/18/2018

/s/ Christine L. Herendeen
Christine L. Herendeen
Herendeen Law, LLC
PO Box 152348
Tampa, FL  33684
813 438 3833

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: GASTON OSLE | CASE NO: 8:17-bk-10364-MGW |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 12/18/2018, a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/18/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christine L. Herendeen
Herendeen Law, LLC
PO Box 152348
Tampa, FL  33684

PARTIES DESIGNATED AS "EXCLUDE FROM NOTICE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                                FEDERAL NATIONAL MORTGAGE ASSOCIATION   MSNI FUND IV
 LABEL MATRIX FOR LOCAL NOTICING         SHD LEGAL GROUP PA                      CO LAW OFFICES OF DAMIAN G WALDMAN PA
113A8                                    PO BOX 19519                            10333 SEMINOLE BLVD 7
CASE 8-17-BK-10364-MGW                   FORT LAUDERDALE FL 33318-0519           UNITS 1  2
MIDDLE DISTRICT OF FLORIDA                                                       SEMINOLE FL 33778-4204
TAMPA
TUE DEC 18 10-41-28 EST 2018



DEBTOR                                   AR RESOURCES INC                        BANK OF AMERICA
GASTON OSLE                              BANKRUPTCY                              PO BOX 660807
4544 W HENRY AVE                         PO BOX 1056                             DALLAS TX 75266-0807
TAMPA FL 33614-5436                      BLUE BELL PA 19422-0287




BAYCARE HEALTH SYSTEMS                   CAVALRY SPV I LLC                       CAVALRY SPV II LLC
PO BOX 31696                             500 SUMMIT LAKE DRIVE STE 400           500 SUMMIT LAKE DRIVE STE 400
TAMPA FL 33631-3696                      VALHALLA NY 10595-2321                  VALHALLA NY 10595-2321




CBUSASEARS                               CHASE CARD                              CHOICE RECOVERY INC
CITICORP CREDIT SRVSCENTRALIZED          ATTN CORRESPONDENCE DEPT                1550 OLD HENDERSON ROAD
BANKRUP                                  PO BOX 15298                            STE 100
PO BOX 790040                            WILMINGTON DE 19850-5298                COLUMBUS OH 43220-3662
SAINT LOUIS MO 63179-0040



CITIBANK                                 CITICARDS CBNA                          CITIMORTGAGE INC
CITICORP CR SRVSCENTRALIZED BANKRUPTCY   CITICORP CREDIT SVCCENTRALIZED          ATTN BANKRUPTCY
PO BOX 790040                            BANKRUPT                                PO BOX 6423
S LOUIS MO 63179-0040                    PO BOX 790040                           SIOUX FALLS SD 57117
                                         SAINT LOUIS MO 63179-0040



DEPARTMENT OF REVENUE                    FBCS INC                                INTERNAL REVENUE SERVICE
PO BOX 6668                              330 S WARMINSTER RD                     CENTRALIZED INSOLVENCY OPERATIONS
TALLAHASSEE FL 32314-6668                SUITE 353                               PO BOX 7346
                                         HATBORO PA 19040-3433                   PHILADELPHIA PA 19101-7346




INTERNAL REVENUE SERVICE                 LAW OFFICE OF DAMIAN WALDMAN            MSNI FUND VI
PO BOX 7346                              PO BOX 5162                             CO DAMIAN WALDMAN ESQ
PHILADELPHIA PA 19101-7346               LARGO FL 33779-5162                     PO BOX 5162
                                                                                 LARGO FL 33779-5162




MAIN STREET ASSET SOL INC                SETERUS INC                             ST JOSEPHS HOSPITAL
PO BOX 12220                             14523 SW MILLIKAN WAY ST                CO JOSEPH GIAMBALVO ESQUIRE
RENO NV 89510-2220                       BEAVERTTON OR 97005-2352                1012 DREW STREET
                                                                                 CLEARWATER FL 33755-4521




SYNCHRONY BANK HH GREGG                  SYNCHRONY BANKLOWES                     SYNCHRONY BANKSAMS
ATTN BANKRUPTCY                          ATTN BANKRUPTCY                         ATTN BANKRUPTCY
PO BOX 965060                            PO BOX 965060                           PO BOX 965060
ORLANDO FL 32896-5060                    ORLANDO FL 32896-5060                   ORLANDO FL 32896-5060
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANKSAMS CLUB
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

CM/ECF E-SERVICE

ROBERT M GELLER +
LAW OFFICES OF ROBERT M GELLER PA
807 W AZEELE STREET
TAMPA FL 33606-2209

CM/ECF E-SERVICE

UNITED STATES TRUSTEE   TPA713 7+
TIMBERLAKE ANNEX SUITE 1200
501 E POLK STREET
TAMPA FL 33602-3949

EXCLUDE

~~CHRISTINE L HERENDEEN ATTORNEY FOR TRUSTEE~~
~~PO BOX 152340~~
~~TAMPA FL 33604-2340~~

EXCLUDE

~~CHRISTINE L HERENDEEN +~~
~~PO BOX 152340~~
~~TAMPA FL 33604-2340~~

CM/ECF E-SERVICE

DAMIAN WALDMAN +
LAW OFFICES OF DAMIAN G WALDMAN PA
10333 SEMINOLE BOULEVARD UNITS 1  2
SEMINOLE FL 33778-4204

CM/ECF E-SERVICE

ADAM A DIAZ +
SHD LEGAL GROUP PA
PO BOX 19519
PLANTATION FL 33318-0519

CM/ECF E-SERVICE

NOTE   ENTRIES WITH A + AT THE END OF THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF